# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DOCKET NO: 3:05cr400 |
| v. ) | ORDER |
| ) | |
| ROBERTO ALBERTO FIELDS CURTIS – 5 ) | |
| CELIN MARCELL CHACON KRONE – 10 ) | |

This **MATTER** is before the court upon the Government's Motion to Dismiss One through Eighty-six of the Indictment Without Prejudice in the above-captioned case filed against Defendants Roberto Alberto Fields Curtis (5) and Celin Marcell Chacon Krone (10), and finding that good cause exists to dismiss without prejudice those counts, IT IS HEREBY ORDERED that Counts 1 through 86 of the original and Superseding Indictment in the above captioned case are DISMISSED WITHOUT PREJUDICE against Defendants Roberto Alberto Fields Curtis (5) and Celin Marcell Chacon Krone (10).

It is ORDERED that the motion is GRANTED.

Signed: September 30, 2020

Frank D. Whitney
United States District Judge